**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) | |
| **Vs.** | ) | **C.A. No. 06-0315S** |
| **ONE LOT OF THRITY NINE THOUSAND** | ) | |
| **EIGHT HUNDRED FIFTY-THREE DOLLARS** | ) | |
| **($39,853.00) IN U.S. CURRENCY** | ) | |

**ANSWER TO COMPLAINT FOR FORFEITURE IN REM**

Now comes the Claimant, Alexander Oquendo, in the above-captioned matter and hereby submits the following Answer to the Complaint for forfeiture:

1. The Claimant denies that this Court has jurisdiction since claimant denies the currency constitutes monies furnished, or intended to be furnished, in exchange for controlled substances, or are the proceeds of controlled substance exchanges as within the meaning of 21 U.S.C. § 881(a)(6).
2. Claimant is without knowledge as to the truth or veracity of the allegations of Paragraph 2 of the Complaint, but does admit that the currency was seized by the Cranston Police Department.
3. Claimant denies the allegations of Paragraph 3 of the Complaint, and leaves the Plaintiff to its proof as to the veracity of allegations.
4. Claimant denies the allegations of Paragraph 4 of the Complaint.
5. Claimant denies the allegations of Paragraph 5 of the Complaint.
6. Claimant admits the allegation contained in Paragraph 6 of the Complaint.

WHEREFORE, Claimant, Alexander Oquendo, prays that the instant Complaint be denied and dismissed, and the subject property be returned to its lawful owner

forthwith, along with such other and further relief as this Court may deem just and proper.

Respectfully submitted,
Alexander Oquendo,
By his attorney,

Scott A. Lutes, R.I. Bar #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Answer to Michael P. Iannotti, AUSA, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on this the 15th day of August, 2006.