USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

RECEIVED 2006 SEP -8 A 9:01 U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. NO. 06-315S |
| DEFENDANT<br>One lot of $39,853.00 in U.S. Currency | TYPE OF PROCESS<br>Summons/Complaint packet |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alexander Oquendo
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
18 Kay Avenue, Holyoke, MA 01049

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney
Fleet Center
50 Kennedy Plaza, 8th FL, Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

2006 JUL 2[illegible]

2006 JUL 26 P 3:34 U.S. MARSHALS SERVICE BOSTON, MA RECEIVED

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael Iannotti (signature) | ✓ PLAINTIFF<br>☐ DEFENDANT | 401/709-5000 | 7/20/06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 070 | No. 038 | Edward Kawa (signature) | 7/20/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: MARCOS MORALES - EMPLOYEE

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 8/25/2006 Time: 10:06 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: (signature)

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 8/10/06 Attempt made at K+D Auto Sales 18 Kay Ave. Alexander Oquendo was 13:00 not present.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

United States of America,
Plaintiff

V.

One lot of thirty-nine thousand eight hundred fifty-three dollars ($39,853.00) in U.S. Currency
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. NO.

CA 06 315 S

TO: (Name and address of Defendant)

Alexander Oquendo
18 Kay Avenue
Holyoke, MA 01049

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

~~an answer to the complaint which is served on you with this summons, within days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.~~

A claim within thirty (30) days after service of this summons upon you, exclusive of the day of service, and an answer to the complaint within twenty (20) days after the filing of your claim.

CLERK

(By) DEPUTY CLERK

DATE July 12, 2006