IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 06-315S |
| ONE LOT OF THIRTY NINE THOUSAND EIGHT HUNDRED FIFTY THREE DOLLARS, ($39,853.00) IN U.S. CURRENCY, Defendant | ) | |

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Richard N. Aybar for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the within Request for Entry of Default and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On November 9, 2006, I caused a copy of the foregoing Request for Entry of Default and supporting affidavit to be forwarded, by regular mail and by certified mail, return receipt requested (copy attached), to:

Richard N. Aybar
68 Hathaway Street
Providence, RI 02907-3726

To the best of my knowledge, the address set forth in such certification is the last known address of Richard n. Aybar.

Richard N. Aybar is not in the military Service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney