IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF THIRTY NINE THOUSAND EIGHT<br>HUNDRED FIFTY THREE DOLLARS,<br>($39,853.00) IN U.S. CURRENCY,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-315S |

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Richard N. Aybar for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

DEFAULT HEREBY ENTERED.
[signature]
DEPUTY CLERK
11/15/2006