IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF THIRTY NINE THOUSAND EIGHT<br>HUNDRED FIFTY THREE DOLLARS,<br>($39,853.00) IN U.S. CURRENCY,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-315S |

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on or about December 29, 2005, the defendant currency, one lot of thirty nine thousand eight hundred fifty three dollars ($39,853.00) in U.S. currency, was seized by members of the Cranston Police Department pursuant to the arrest of Richard Aybar after his vehicle was stopped for speeding on Route 10 in Cranston, Rhode Island and on July 12, 2006 the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendant currency.

3. That the defaults of Richard Aybar and Alexander Oquendo have been entered.

4. That notice of this forfeiture action was published in the Providence Journal on August 3, 10, and 17, 2006. (Exhibit One).

5. That no other person or entity has filed a claim to the defendant currency or attempted to plead or otherwise defend the above-entitled action.

6. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendant currency to the plaintiff, the United States of America.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 17th day of January, 2007.

Notary Public

My commission expires: 8/27/09

EW

Case 1:06-cv-00315-S-LDA Document 8 Filed 09/22/2006 Page 1 of 1

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF
United States of America

COURT CASE NUMBER
C.A. NO. 06-315S

DEFENDANT
One lot of $39,853.00 in U.S. Currency

TYPE OF PROCESS
Notice

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney
Fleet Center
50 Kennedy Plaza, 8th FL, Providence, RI 02903

Number of process to be served with this Form 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

Fold

publish Notice of Action and Arrest
once a week for three weeks

Signature of Attorney other Originator requesting service on behalf of: [signature]

☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
401/709-5000

DATE
7/20/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 70 | No. 70 | [signature] | 7/20/06 |

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
Advertisement appeared on the Prov. Journal on 08/03, 08/10 and 08/17/06 — $ 869.58

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/15/80
Automated 01/00

EXHIBIT ONE

## MORTGAGEE'S SALE

39 Michigan Avenue
Warwick, Rhode Island

Will be sold at public auction on August 4, 2006 at 10:00 a.m. local time on the premises at 39 Michigan Avenue, Warwick, Kent County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Robert Almeida and Lynn M. Correia, which mortgage is dated April 24, 2002, and recorded May 6, 2002 at 2:33 P.M.in Book 4026 at Page 231 in the Records of Land Evidence in the City of Warwick, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 4026 at Page 231 in the Records of Land Evidence in the City of Warwick.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Margaret T. Coppens, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

113-115 Sorrento Street
Providence, Rhode Island

Will be sold at public auction on August 11, 2006 at 10:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by JOSE L. POZO-CAMPOS and STEPHANIE RODRIGUEZ, dated August 30, 2004, and recorded in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 6751, Page 107, the conditions of said mortgage having been broken;

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 6751 at Page 107.

The above premises will be sold subject to all taxes, as-

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## Rhode Island Department of Health

PUBLIC NOTICE

The Director of the Rhode Island Department of Health, in accordance with THE RULES AND REGULATIONS FOR THE CERTIFICATION OF HEALTH PLANS (R23-17.13-CHP), established pursuant to the authority conferred under section 23-17.13 of the General Laws of Rhode Island for the purpose of adopting minimum standards and procedures for the implementation of the Health Care Accessibility and Quality Assurance Act of 1996, hereby gives notice that **The Guardian Life Insurance Company of America (4) and United Health Care Insurance Company (6)** application(s) for Health Plan Certification has been completed.

Any parties interested in making written comment concerning the above named Applications for Health Plan Certification must do so within ten (10) days of the date of this notice. Written comments must be addressed to:

Fernanda M.A. da Costa
Health Services Regulation
Office Managed Care Regulation
Room 410
3 Capitol Hill
Providence, RI 02908

Signed this 26th day of July, 2006
Fernanda M.A. da Costa
Chief Managed Care Regulation Division of Health Services Regulation

## NOTICE OF FORFEITURE
## UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE LOT OF THIRTY NINE THOUSAND EIGHT HUNDRED FIFTY THREE DOLLARS, ($39,853.00) IN U.S. CURRENCY,
Defendant
C.A. No. 06-3155

Notice is hereby given that I have arrested one lot of Thirty Nine Thousand Eight Hundred Fifty Three Dollars ($39,853.00) pursuant to a warrant of arrest issued by the Magistrate Judge of this court on July 18, 2006, upon the filing of a verified complaint in the above action. Said currency was seized on December 29, 2005, from Richard Aybar on Route 10 in Cranston, Rhode Island. Any person having or claiming an interest in or to said property must file his claim with the Clerk of this Court at the United States District Court, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD

## NORTH PROVIDENCE SCHOOL DEPARTMENT

2240 MINERAL SPRING AVENUE
NORTH PROVIDENCE, RHODE ISLAND 02911

## INVITATION TO BID

The North Providence School Department is soliciting bids for a 2006 Ford E-150 Cargo Van.

Specifications may be obtained from the Finance Office, 2240 Mineral Spring Avenue, North Providence, Rhode Island 02911. Sealed bids must be received by **Wednesday, August 16, 2006 at 10:30 A.M. at the Finance Office at which time they will be opened.**

The School Committee reserves the right to reject any and/or all bids or any part thereof.

Individuals requesting interpreter services for the hearing impaired must notify the North Providence School Department at (401) 233-1100 seventy-two (72) hours in advance of the bid opening.

North Providence School Department
Linda J. Celona
Director of Finance

## REQUEST FOR PROPOSAL

The East Greenwich Fire District (EGFD) is soliciting requests for proposal for the following:

1. 25' Custom Marine Fire / Rescue Apparatus
2. Eventide Logging and Archiving System Model VR 725
3. 4 Wheel Drive Pick-up Truck (Crew Cab)

Specifications for these items may be picked up at the EGFD, 284 Main Street, East Greenwich, RI, 8:30 A.M. - 3:30 P.M. Monday through Friday, holidays excepted. Specifications are also available for download at www.egfiredistrict.net/rfp.html. Bids, as per the specifications, may be hand delivered or mailed to Chief Thomas Rowan, EGFD, 284 Main Street, East Greenwich, RI 02818.

## TOWN OF EXETER
## INVITATION TO BID

AIR CONDITIONING AT EXETER ANIMAL SHELTER

Sealed proposals for the above will be accepted in the Office of the Town Clerk, 675 Ten Rod Road, Exeter, RI 02822, until 3:00 p.m. on Friday, August 25, 2006. Bids will be publicly opened and read at 3:15 p.m. on Friday, August 25, 2006 at the aforementioned location, and the bid will be awarded at the regular meeting of the Exeter Town Council on Tuesday, September 5, 2006 at ... p.m. in the Council Chambers of the Exeter Town Hall, 675 Ten Rod Road, Exe-

DISTINCTIVE

Does your property have distinctive features that set it apart from all other houses in the neighborhood? Take advantage of the new DISTINCTIVE Icon.



For

EXHIBIT ONE

THURSDAY, AUGUST 10, 2006

In-paper
every
Wednesday,
Saturday
and
Sunday
and online 24/7
at
projoCars.com

projoCARS Partnering with cars.com

To advertise, call 401.277.8000

assigns and any unknown shareholders and/or creditors,
Defendant
C. A. No. KC06-717

## ORDER OF NOTICE

The above entitled cause which is a Complaint praying to quiet title of the Plaintiff to the following described real estate:

That certain parcel of land, with all buildings and improvements thereon, situated on the northeasterly side of Main Street, in the Town of Coventry, County of Kent and State of Rhode Island, bounded and described as follows:

The true point of beginning of the premises herein described is located, as follows:

Beginning at the northerly intersection of said Main Street and Broad Street; thence northwesterly bounding southwesterly on said Main Street one hundred twenty-nine and 55/100 (129.55) feet to the tangent point of a curve; thence bring northwesterly along the arc of said curve, a distance of thirty-seven and 62/100 (37.62) feet to the true point of beginning, said curve having a radius of four hundred eighty-seven and 56/100 (487.56) feet, bounding southwesterly on said Main Street; thence from said true line of beginning continuing along the arc of said curve and bounding southwesterly on said Main Street ten (10) feet to a corner; thence turning and running northeasterly bounding northwesterly on land now or formerly of Triton Enterprises) Inc. seventy (70) feet, more or less, to land now or formerly of Nathan & Rose Grober for a corner; thence turning an interior angle of 87° 30' and running southeasterly bounding northeasterly on said Grober land ten (10) feet to a corner; thence turning an interior angle of 92° 30' and running southwesterly bounding southeasterly on land now or formerly of Grober seventy (70) feet, more or less, to the point of beginning.

and it appearing that there may be other persons unknown and unascertained who may be interested in the above-described real estate and whose present whereabouts are unknown, all of said parties being Defendants in the above entitled cause, it is

ORDERED AND ADJUDGED

that notice of the pendency of this cause be given by the Clerk of this Court once a week for two (2) successive weeks in the Providence Journal, a newspaper published in the County of Kent, publication to be on the 10th day of August, 2006, and on the 17th day of August, 2006, to notify the said Defendants to Serve an Answer to said Complaint upon the Attorney for the Plaintiff, Robert V. Colagiovanni, Esquire, 3010 Post Road, Warwick, RI 02886. Defendants' Answers must also be filed with this Court in the Office of the Clerk.

If they fail to do so, Judgement will be taken against them for the relief demanded in the Complaint, following the entry of their default.

ENTERED AS AN ORDER of this Court this 4th day of August, 2006.

By Order:
[illegible]
Deputy Clerk

ENTER:

EXHIBIT ONE

realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Margaret T. Coppens, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

137 Ethan Street
Providence, Rhode Island

Will be sold at public auction on August 11, 2006 at 3:00 p.m. local time on the premises at 137 Ethan Street, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Matthew Sams, which mortgage is dated March 22, 2005, and recorded March 22, 2005 at 12:40 PM in Book 7166 at Page 1 in the Records of Land Evidence in the City of Providence, the conditions of said mortgage having been broken:

That certain parcel of land, with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 7166 at Page 1 in the Records of Land Evidence in the City of Providence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Margaret T. Coppens, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458

provements thereon more particularly described in said mortgage deed recorded in Book 7798 at Page 65 in the Records of Land Evidence in the City of Providence.

Subject to a first mortgage to Mortgage Electronic Registration Systems, Inc. dated 12/30/2005 and recorded with the Records of Land Evidence in the City of Providence at Book 7798, Page 44 in the original principal amount of $252,000.00.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## NOTICE OF FORFEITURE
## UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE LOT OF THIRTY NINE THOUSAND EIGHT HUNDRED FIFTY THREE DOLLARS, ($39,853.00) IN U.S. CURRENCY,
Defendant
C.A. No. 06-315S

Notice is hereby given that I have arrested one lot of Thirty Nine Thousand Eight Hundred Fifty Three Dollars ($39,853.00) pursuant to a warrant of arrest issued by the Magistrate Judge of this court on July 18, 2006, upon the filing of a verified complaint in the above action. Said currency was seized on December 29, 2005, from Richard Aybar on Route 10 in Cranston, Rhode Island. Any person having or claiming an interest in or to said property must file his claim with the Clerk of this Court at the United States District Court, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.
BURTON STALLWOOD

provements particularly de[...] mortgage dee[...] Book 7472 at [...] Records of L[...] the City of Pr[...]

The above [...] sold subject [...] sessments, w[...] charges and [...] brances whic[...] a prior lien t[...] be conveyed [...] strictions an[...] record, liens [...] realty and r[...] tion for unp[...] if any, as sh[...] ing this pro[...] valid liens [...] thereon afte[...]

Terms of [...] a down P[...] Thousand ([...] upon the [...] successful [...] cash or [...] check at th[...] sale. The b[...] by the pur[...] bank treas[...] check wit[...] after the d[...] er terms a[...] announce[...] to said sal[...]

By ord[...] the mortg[...] tice of it[...] such sal[...] ment or a[...] HARN[...]

Margare[...] At[...]

MOR[...] 200[...] Provi[...] Will be [...]

AND ORDERED:

That the following named street shown as cross-hatched area on the accompanying plan entitled: "Providence, RI Department of Public Works - Engineering Office, Street Line Section Plan No. 034/788 dated February 16, 2006.

VIZ:

The portion of Reeder Street with a total square footage of 3,000 square feet, plus or minus, shown on the cross-hatched area on accompanying plan and designated by the letters (A-B D-C) is proposed to be abandoned. Said Abandonment including the abandonment of the exiting sewer line presently in the roadway, including that portion which connects to the manhole in Eddy Street. (The sewer line shall be a private lateral and any future maintenance or repair shall be the responsibility of the property owner). Said abandonment is specifically conditioned upon the following:

(1) The value of the abandoned street was determined to be Fifteen Thousand Dollars ($15,000.00), but given the public benefits to the Meeting Street School project being constructed on adjacent properties, which include (a) setting back the school by an additional ten feet off Eddy Street to allow for any future street expansion; (b) creation of a youth soccer/football field to be used by the City during non-school hours under the guidance of the Parks Department and (c) Meeting Street's agreement to create and take responsibility for a green buffer zone to provide a nice entry point for those entering South Providence, the Public Works Committee voted to accept the in-kind contributions in lieu of the appraised value.

(2) Petitioner shall comply with the information Bulletin 2003.01 issued by the Rhode Island Board of Registration for Professional Land Surveyors, which indicates road abandonment constitutes a boundary change, and as such, requires a Class I survey prepared by a Professional Land Surveyor, properly licensed by said Board.

(3) Petitioner shall comply with all conditions contained herein, including recording this Resolution not later than sixty (60) days from its approval. Upon failure to so comply for any reason, the within resolution shall automatically become a nullity.

(4) Such other conditions as the Mayor or the Law Department shall see fit to impose.

And it is futher

ORDERED, That the traffic Engineer be and is hereby directed to cause a sign to be placed on the above-described portion of Reeder Street as aforesaid, having thereon the words, "Not a Public Highway," and it is further

ORDERED, That after the entry of this order or decree the City Clerk shall cause a notice thereof to be published in a newspaper published in the County of Providence at least once a week for three successive weeks and a further and personal notice shall be served by the City Sergeant upon every owner of land abutting the above named street which has been abandoned, who is known to reside within the State.

Anna M. Stetson
City Clerk

---

STATE OF RHODE ISLAND
**Board of Governors for Higher Education**
**August 21, 2006**
**1:00 pm**
University of Rhode Island
Coastal Institute-
Hazard A&B
Narragansett

AGENDA

1. Acceptance of the Agenda
2. Approval of the Minutes (June 29, 2006)
3. Communication/Announcements
4. Report of the Chair
5. Open Forum
6. Report of the Commissioner
7. New Business (Approval/Acceptance of)
8. BOG Committee Reports and Related Consent Agenda (Approval/Acceptance of ...)

a1. Recommendation for Approval of Revised Mission Statement for the Community College of Rhode Island

a2. Notice: Revisions to Four RIBGHE Student Policies: Student Rights Policy (S-1), Policy on Students with Disabilities (S-3), Prevention Alcohol and Other Drug Abuse Policy (S-4), and Inter-institutional Student Exchange RI Publics Institutions (S-7)

a3. Notice: New Policy on Data Submission and Security of Confidential Data Housed in the RIBGHE Systemwide Data Warehouse

a4. The Joint Admissions Agreement (JAA) Institutional Progress Reports

b1. Recommendation for Approval of 2008-2012 Capital Improvement Plan

b2. Recommendation for Approval of 2008-2012 Asset Protection Program

b3. Recommendation for Approval of Board of Governors Vehicle Replacement Program

b4. Recommendation of the University's Request for Approval of Updated Parking Regulations

c1. Recommendation for Approval of the Internal Audit Report, "Review of Alger Hall Renovations Project-Rhode Island College"

9. Additional Consent Agenda (Approval/Acceptance of)

a. Approval of Recommendation of the Personnel Review Committee

b. Approval of Awarding Degrees at the University of Rhode Island

10. Unfinished Business
11. Presidents' Reports
12. Executive Session (Any action related to items discussed in executive session will be taken when the Board reconvenes in open session.)

a. Report of Outstanding Litigation pursuant to RIGL Sec. 42-46-5(a)(2)

Interested persons will be given a fair opportunity to be heard on the items on the agenda in accordance with the bylaws of the Board of Governors. More detailed information about the agenda is available in the Office of the Commissioner of Higher Education, 301 Promenade Street, Providence. For interpreter/reader call 222-6561 or TDD 222-1350 no later than two business days prior to the meeting.

---

dated April 5, 2004, and recorded in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 6453, Page 34, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 6453 at Page 34.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

---

NOTICE OF
FORFEITURE
UNITED STATES
DISTRICT COURT
DISTIRCT OF
RHODE ISLAND
UNITED STATES
OF AMERICA,
Plaintiff
vs.
ONE LOT OF
THIRTY NINE THOUSAND
EIGHT HUNDRED FIFTY
THREE DOLLARS,
($39,853.00) IN
U.S. CURRENCY,
Defendant
C.A. No. 06-315S

Notice is hereby given that I have arrested one lot of Thirty Nine Thousand Eight Hundred Fifty Three Dollars ($39,853.00) pursuant to a warrant of arrest issued by the Magistrate Judge of this court on July 18, 2006, upon the filing of a verified complaint in the above action. Said currency was seized on December 29, 2005, from Richard Aybar on Route 10 in Cranston, Rhode Island. Any person having or claiming an interest in or to said property must file his claim with the Clerk of this Court at the United States District Court, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

---

brances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES,
P.C.
Margaret T. Coppens, Esquire
Attorney for the Holder
of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

---

MORTGAGEE'S SALE
79 Fox Ridge Drive
Cranston, RI 02921

Will be sold at public auction on August 24, 2006 at 02:00 PM local time, on the premises, by virtue of the power of sale contained in a certain mortgage given by Diane L. Vaughn to GreenPoint Mortgage Corp, dated April 24, 1997 and recorded in the Land Evidence Records for the City of Cranston, State of Rhode Island in **Book 972 at Page 118, ET. SEQ.**, the conditions of said mortgage having been broken:

That certain parcel of land, with all the buildings and improvements thereon, more particularly described in deed recorded in said **BOOK 972 AT 118, ET. SEQ.**

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: a deposit of Ten Thousand Dollars ($10,000.00) in cash or certified check or bank check at the time and place of sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

ABLITT & CHARLTON, P.C.
Attorney for the Holder
of the Mortgage
92 Montvale Avenue,
Suite 2950
Stoneham,
Massachusetts 02180
Telephone: (781) 246-8995

---

...brances the said sale.

Terms of sale Five Thousand ($5,000.00) in ca check or bank ch and place of sale. and conditions nounced at the sa

By order of th the mortgage, gives notice of int at said sale or an ment or adjournm

PARTRI
&
Attorney
of t
180 South
Providen
(40

At the above place, this sale w and continued to tember 8, 2006, local time, on the

PARTRI
&
Attorney
of t
180 South
Providen
(40

---

MORTGAGEE
3217 East Ma
Portsmouth, Rh

Will be sold at pu on August 8, p.m. local time mises, by vi power of sale a mortgage CATHERINE dated Septemb and recorded cords of Land the Town of State of Rhod Book 1149, conditions of gage having b

That certain p with all buildin provements the particularly desc mortgage deed said Book 1149 at

The above prem sold subject to a sessments and ot brances which ma a prior lien there be conveyed sub easements, restric cord, tenancies a redemption for un taxes, if any, as withstanding thi constitute valid cumbrances the said sale.

Terms of sale Five Thousan ($5,000.00) in ca check or bank ch and place of sale. and conditions nounced at the sa

By order of th the mortgage, gives notice of int at said sale or an ment or adjournm

PARTRI
&
Attorney
of t
180 South
Providen
(40

At the above place, this sale wa and continued to tember 8, 2006 a local time, on the

PARTRI
&
Attorney
of t
180 South
Providen
(40

EXHIBIT ONE