IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | |
| vs. | C.A. No. 06-315S |
| ONE LOT OF THIRTY NINE THOUSAND EIGHT HUNDRED FIFTY THREE DOLLARS, ($39,853.00) IN U.S. CURRENCY, Defendant | |

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The defaults of Richard Aybar and Alexander Oquendo having been entered; and it appearing that no other claim to the defendant currency has been filed since said currency was seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

That the defendant currency, one lot of thirty nine thousand eight hundred fifty three dollars ($39,853.00) in U.S. currency, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said currency according to law.

BY ORDER:

Doreen Caldwell

ENTER:

WES

WILLIAM E. SMITH
United States District Judge
1/18/07